But we take this occasion to express to the able counsel for the plaintiff our disapprobation of his conduct on summation. This is not the first case in which complaint has been made of his summation. See Smith v. Texas Co., 2 Cir., 219 F.2d 74.

an order of the United States District Court for the District of Idaho, Eastern Division, denying his motion to vacate sentence.

The court below certified that the appeal is not taken in good faith. The application is denied. 28 U.S.C. § 1915.

**Dorsey W. McMAHAN, Petitioner,**

v.

**UNITED STATES of America, Respondent.**

Misc. No. 420.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 1955.

**Arthur and Hilda HAFFER, Appellants,**

v.

**Alvin A. VOIT and The Mengel Company, et al., Appellees.**

**Ann F. AMES, Appellant,**

v.

**Alvin A. VOIT and The Mengel Company, et al., Appellees.**

No. 12215.

United States Court of Appeals, Sixth Circuit.

Feb. 7, 1955.

Dorsey W. McMahan, in pro. per.

No appearance for respondent.

Before DENMAN, Chief Judge, and HEALY and BONE, Circuit Judges.

·PER CURIAM.

McMahan applies to this court for permission to appeal forma pauperis from